179 So.2d 776

**Ralph C. MONEY**

v.

**STATE.**

1 Div. 57.

Court of Appeals of Alabama.

Oct. 5, 1965.

Rehearing Denied Nov. 2, 1965.

Jas. W. Howell, Foley, for appellant.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

CATES, Judge.

Reversed and remanded for ascertainment whether appellant is entitled to free transcript. Keeton v. State, 278 Ala. 81, 175 So.2d 774; Jackson v. State, 42 Ala. App. 570, 172 So.2d 59.

194 So.2d 865

**Ralph C. MONEY**

v.

**STATE.**

1 Div. 147.

Court of Appeals of Alabama.

Aug. 16, 1966.

Rehearing Denied Oct. 11, 1966.

Ralph C. Money, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

PRICE, Presiding Judge.

Affirmed.

Certiorari denied by Supreme Court, 194 So.2d 865 (1 Div. 411).

181 So.2d 630

**Julian MURPHY**

v.

**STATE of Alabama.**

5 Div. 652.

Court of Appeals of Alabama.

Oct. 5, 1965.

Rehearing Denied Nov. 16, 1965.

Julian Murphy, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

CATES, Judge.

Petition denied.

Certiorari denied by Supreme Court, 181 So.2d 630.